*Jos. W. Bailey for plaintiff.*
*B. A. Critcher for defendant.*

PER CURIAM. The evidence is conflicting and uncertain, and while the testimony of the defendant is susceptible of more than one interpretation, the jury accepted the defendant's version of the controversy, and the verdict and judgment thereon is determinative of the rights of the parties.

Affirmed.

---

### NORFOLK NATIONAL BANK OF COMMERCE v. F. M. SIMMONS.

(Filed 21 October, 1931.)

APPEAL by plaintiff from *Devin, J.,* at January-February Term, 1931, of CRAVEN.

Civil action to recover on promissory note alleged to have been executed by the defendant to the First National Bank of New Bern, duly transferred and endorsed to the plaintiff for a valuable consideration before maturity and without notice of any defect or equity, constituting the plaintiff a holder thereof in due course.

Upon denial of liability to plaintiff and equities set up against the receiver of the First National Bank of New Bern, the defendant asked that said receiver be made a party to this action. Motion allowed. Plaintiff appeals.

*W. H. Lee for plaintiff.*
*Warren & Warren and R. E. Whitehurst for defendant.*

PER CURIAM. Dismissed on authority of *Trust Co. v. Whitehurst, ante,* 504.

Appeal dismissed.

---

### STATE v. LATHINGHOUSE.

(Filed 21 October, 1931.)

APPEAL by defendant from *Devin, J.,* at June Term, 1931, of CARTERET. No error.

*Attorney-General Brummitt and Assistant Attorney-General Seawell for the State.*
*W. B. R. Guion for defendant.*